[No. 15552-4-II.  Division Two.  October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. ORMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-1-00142-6, David R. Draper, J., entered November 27, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.


[No. 14344-5-II.  Division Two.  October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT LEE LOIDHAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02089-6, Robert H. Peterson, J., entered October 10, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.


[No. 14972-9-II.  Division Two.  October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE RUDD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00543-4, Alan R. Hallowell, J., entered March 28, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.